IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MARY STARR**                                                                                          **PLAINTIFF**

V.                                      No. 2:24-cv-00103-BRW-ERE

**MARTIN O'MALLEY,**
**Commissioner of Social Security Administration**                              **DEFENDANT**

## ORDER

I have received a Recommendation from Magistrate Judge Edie R. Ervin, along with filed objections. After carefully considering these documents and making a *de novo* review of the record, I approve and adopt the Recommendation in its entirety.

Accordingly, the Commissioner's decision is AFFIRMED, and judgment will be entered for the Commissioner in this case.

IT IS SO ORDERED this 27th day of November, 2024.

                                                           Billy Roy Wilson
                                                           UNITED STATES DISTRICT JUDGE