# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**MARY STARR**                                                                  **PLAINTIFF**

V.                       No. 2:24-cv-00103-BRW-ERE

**MARTIN O'MALLEY,**
**Commissioner of Social Security Administration**                    **DEFENDANT**

## JUDGMENT

Consistent with today's order, the Commissioner's decision is AFFIRMED. Judgment is entered in favor of the Commissioner.

IT IS SO ORDERED this 27th day of November, 2024.


                                                          Billy Roy Wilson_____
                                                          UNITED STATES DISTRICT JUDGE